HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

K.K., et al.,

        Plaintiffs

    v.

PREMERA BLUE CROSS et al.,

        Defendants.

No.  2:21-cv-01611 – JCC

AMENDED CIVIL TRIAL SCHEDULING ORDER

      This matter came before the Court on the parties' stipulated motion to amend the  Civil Trial Scheduling Order (filed 1/6/2022, Docket No. 28).  The Court, finding good cause, grants the parties' motion.  The Civil Trial Scheduling Order is amended as follows:

- The deadline to amend pleadings or add parties is extended from March 4, 2022, to April 8, 2022.

It is so ORDERED this 2nd day of March 2022.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE

AMENDED CIVIL TRIAL
SCHEDULING ORDER - Page 1

1
CERTIFICATE OF SERVICE

2
    I certify that on the date noted below I electronically filed this document with the Clerk

3
of the Court using the CM/ECF system which will send notification of such filing to the

4
following persons:

5
<u>Attorneys for Defendant</u>:

6
Gwendolyn C. Payton

7
KILPATRICK TOWNSEND & STOCKTON LLP (WA)
1420 FIFTH AVE
STE 3700

8
SEATTLE, WA 98101
206-626-7714

9
gpayton@kilpatricktownsend.com

10
DATED this 2nd day of March 2022 at Salt Lake City, Utah

11

12

13
s/*Brian King*
Brian King

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AMENDED CIVIL TRIAL
SCHEDULING ORDER - Page 2