HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| K.K., et al.,<br><br>   Plaintiffs<br><br>   v.<br><br>PREMERA BLUE CROSS et al.,<br><br>   Defendants. | No.  2:21-cv-01611 – JCC<br><br>[~~PROPOSED~~] AMENDED CIVIL TRIAL SCHEDULING ORDER |

Based on the parties' stipulated motion and with good cause appearing, the Amended Civil Trial Scheduling Order enterd on March 2, 2022 (Docket Number 30) is amended as follows:

- The deadline for Plaintiffs to amend pleadings is extended from April 8, 2022, to 14 days after the Defendants file their Answer to Plaintiffs' Complaint.

It is so ORDERED this 4th day of April 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] AMENDED CIVIL
TRIAL SCHEDULING ORDER

No.  2:21-cv-01611 – JCC

**SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC**
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303 FAX (206) 223-0246