HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

K.K., et al.,

    Plaintiffs

v.

PREMERA BLUE CROSS et al.,

    Defendants.

No. 2:21-cv-01611 – JCC

[~~PROPOSED~~] AMENDED CIVIL TRIAL SCHEDULING ORDER

Based on the parties' stipulated motion and with good cause appearing, the Civil Trial Scheduling Order entered on January 6, 2022 (Docket Number 28) is amended as follows:

- Defendants' deadline to file an Answer to Plaintiffs' Complaint is October 21, 2022.
- Deadline for Plaintiffs to amend pleadings or add parties is November 4, 2022.
- The dispositive motion deadline is extended from September 6, 2022, to January 26, 2023.
- The deadline for the parties to file the proposed pretrial order is April 7, 2023.
- The 1-day Court Trial is rescheduled to April 17, 2023.

//
//
//
//

[~~PROPOSED~~] AMENDED CIVIL TRIAL SCHEDULING ORDER

No. 2:21-cv-01611 – JCC

**BRIAN S. KING P.C.**
420 EAST SOUTH TEMPLE, STE 420,
SALT LAKE CITY, UT 84111
TEL (801) 532-1739 FAX (801) 532-1936

It is so ORDERED this 1st day of September 2022.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] AMENDED CIVIL
TRIAL SCHEDULING ORDER

No.  2:21-cv-01611 – JCC

**BRIAN S. KING P.C.**
420 EAST SOUTH TEMPLE, STE 420,
SALT LAKE CITY, UT 84111
TEL (801) 532-1739 FAX (801) 532-1936